# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 16, 2007

133255

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE GREGORY KENNETH MICHAEL
CAMPBELL, NATALIE JOCELYNNE NICOLE
CAMPBELL, NATHAN JEFFREY ALLEN
CAMPBELL, and JESSICA LYNNE CHRISTINA
CAMPBELL, Minors.

_____

DEPARTMENT OF HUMAN SERICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
          Petitioner-Appellee,

v

KENNETH FALKIEWICZ,
          Respondent-Appellant,

and

TAMMY LYNNE CAMPBELL,
          Respondent.

_____/

SC: 133255
COA: 269585
Oakland CC
Family Division: 03-684390-NA

      On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2007

Clerk

s0313